NORA WASMER (Assignee of THOMAS P. TIERNEY, Deceased), Respondent, v. ANNA RUPPERT et al., as Executors of JACOB RUPPERT, Deceased, Appellants.

Tierney v. Ruppert, 166 App. Div. 903, affirmed.
(Argued November 27, 1916; decided December 28, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 4, 1915, affirming a judgment in favor of plaintiff's assignor entered upon a verdict in an action for libel arising from the publication of a notice that certain chattels would be sold under a chattel mortgage given by plaintiff's assignor, "upon which default has been made." The debt had been previously paid.

Ashbel P. Fitch for appellants.

Thomas A. McKennell and Alfred H. Appell for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ. Dissenting: WILLARD BARTLETT, Ch. J.